## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Colonial Bank, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 5:10-CV-56 (HL) |
| **MARK W. HOLT** and **JESSE J. BROOKS, SR.**, | : : : : | |
| Defendants. | : | |

_____

## ORDER

This case is before the Court on Plaintiff's Request for Issuance of Stay (Doc. 3). The Court is unable to rule on Plaintiff's request because Plaintiff failed to provide a copy of the motion to stay previously filed in the State Court of Houston County. Plaintiff is directed to file a file-stamped copy of the motion to stay no later than February 19, 2010. The Court defers ruling on the Request for Issuance of Stay until it has had a chance to review the motion to stay.

**SO ORDERED**, this the 16th day of February, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh